UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

LEONARD STEVENSON                                                            PLAINTIFF

v.                                        CIVIL ACTION NO. 3:11CV-P50-H

KENTUCKY DEPT. OF CORRECTIONS et al.                   DEFENDANTS

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date and being otherwise sufficiently advised, **IT IS ORDERED** that the instant case is **DISMISSED** with prejudice for failure to state a claim within the meaning of 28 U.S.C. § 1915A(b)(1) and (b)(2).

There being no just reason for delay in its entry, this is a final Order.

The Court **certifies** that an appeal *in forma pauperis* would not be taken in good faith for the reasons set forth in the Memorandum Opinion. *See* 28 U.S.C. § 1915(a)(3).

Date:


cc:     Plaintiff, *pro se*
        Defendants
        General Counsel, Justice & Public Safety Cabinet, Office of Legal Counsel
4412.009